■ In the Matter of HELEN L.O., Respondent, v MARK L.O., Appellant. [738 NYS2d 625] —Appeal from that part of an order of Family Court, Jefferson County (Schwerzmann, J.), entered February 22, 2001, that denied respondent's motion to vacate two temporary orders of protection.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Jefferson County, Schwerzmann, J. Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Burns, JJ.